# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 39

| | |
|---|---|
| PETE WALDBURGER, et al, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| CTS CORPORATION, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on E. Thomison Holman's Application for Admission to Practice *Pro Hac Vice* of Paul W. Schroeder. It appearing that Paul W. Schroeder is a member in good standing with the Illinois Bar and will be appearing with E. Thomison Holman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that E. Thomison Holman's Application for Admission to Practice *Pro Hac Vice* (#5) of Paul W. Schroeder is **GRANTED**, and that Paul W. Schroeder is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with E. Thomison Holman.

Signed: April 26, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge