# United States District Court
## For The Western District of North Carolina
## Asheville Division

WALDBURGER, et al.,

                Plaintiffs,                       JUDGMENT IN A CIVIL CASE

vs.                                            1:11cv39

CTS CORPORATION,

                Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6th, 2012 Order.

Signed: February 6, 2012

Frank G. Johns, Clerk
United States District Court